IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MANTI HOLDINGS, LLC, MALONE MITCHELL, WINN INTERESTS, LTD., EQUINOX I. A TX, GREG PIPKIN, CRAIG JOHNSTONE, TRI-C AUTHENTIX PREFERRED, LTD., DAVID MOXAM, JON LAL PEARCE and JIM RITTENBURG, | § § § § § § § § § | No. 112, 2025 |
| Plaintiff-Below, Appellants, | § § | Court Below: Court of Chancery of the State of Delaware |
| v. | § § | C.A. No. 2020-0657 |
| THE CARLYLE GROUP INC., CARLYLE U.S. GROWTH FUND III L.P., CARLYLE U.S. GROWTH FUND III AUTHENTIX HOLDINGS, L.P., CARLYLE INVESTMENT MANAGEMENT L.L.C., TCG VENTURES III, L.P., BERNARD C. BAILEY, STEPHEN W. BAILEY and MICHAEL G. GOZYCKI | § § § § § § § § § § § § § | |
| Defendants-Below, Appellees. | § | |

Submitted: October 22, 2025
Decided: November 5, 2025

Before **VALIHURA, TRAYNOR,** and **GRIFFITHS**, Justices.

# **O R D E R**

NOW this 5th day of November 2025, the Court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated January 7, 2025 and its Final Order and Judgment dated February 13, 2025;

NOW THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice